

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00349-CV

Noyes Burton **LIVINGSTON** IV,
Appellant

v.

**HICKS VALLEY RANCH PROPERTY OWNERS ASSOCIATION**,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2025-3988-DC
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Delivered and Filed: July 1, 2026

DISMISSED

On April 20, 2026, Appellant Noyes Burton Livingston, IV filed a notice of appeal. When appellant filed the notice of appeal, he was required to pay a $205.00 filing fee. *See* TEX. R. APP. P. 5. However, appellant did not pay the filing fee, and we notified appellant in writing that, because the filing fee had not been paid, the notice of appeal had been conditionally filed. We instructed appellant to pay the fee by May 11, 2026 and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. The fee was not paid.

On June 1, 2026, we ordered appellant to either: (1) pay the filing fee or (2) provide proof he is entitled to appeal without paying the $205.00 filing fee. We warned appellant if he failed to respond within the time ordered, we would dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(c).

Appellant has not paid the filing fee or otherwise responded to our order. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (mem. op.) (dismissing appeal for failure to pay filing fee).

PER CURIAM